# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CITY OF BAKER SCHOOL BOARD

VERSUS

BOARD OF ELEMENTARY AND
SECONDARY EDUCATION,
RECOVERY SCHOOL DISTRICT,
AND GEO ACADEMIES EBR

NO.  2025 CW 0556

JUNE 16, 2025

---

In Re:  Louisiana Department of Education, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 761785.

---

BEFORE:  McCLENDON, C.J.,  MILLER AND STROMBERG, JJ.

**WRIT DENIED AS MOOT.**  See action issued in 2025 CW 0448.

PMc
SMM
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT